UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 18-CR-00197 (PAM/HB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **12.4 FED. R. CRIM. P. DISCLOSURE STATEMENT** |
| | ) ) | |
| DETLOFF MARKETING AND ASSET MANAGEMENT, INC.,  *et al.* | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Federal Rule of Criminal Procedure 12.4, the United States hereby identifies the following organizations as potential victims of the criminal activity alleged in this case, as well as any entity with a 12.4(a)(1) ownership interest in each victim corporation, if any.

| |
|---|
| Affinity Plus Federal Credit Union (no 12.4(a)(1) owner) |
| American Home Mortgage Servicing, Inc. (subsidiary of Ocwen Financial Corp.) |
| Assetlink Financial Corp. (subsidiary of Fidelity National Financial, Inc.) |
| Atlantic Pacific Mortgage Corp. (no 12.4(a)(1) owner) |
| Aurora Loan Services, LLC (liquidated to Nationstar/WMIH Corp. and Drive Shack, formerly NewCastle Investment Corp.). |
| Bank of America Corp.  (no 12.4(a)(1) owner) |
| BankUnited, FSB (consolidated into BankUnited, a subsidiary of BankUnited, Inc.) |

| |
|---|
| Bankers Asset Management, Inc. (subsidiary of Crye-Leike Realty Inc.) |
| Blueprint Asset Management, LLC (no 12.4(a)(1) owner) |
| Brighton Real Estate Services, LLC (no 12.4(a)(1) owner) |
| California REO Management Corp. (no 12.4(a)(1) owner) |
| Carrington Mortgage Services, LLC (subsidiary of Carrington Holding Co.) |
| Chevy Chase Bank (acquired by Capital One, NA, a subsidiary of Capital One Financial Corp.) |
| Chrisley Asset Management, LLC  (dissolved) |
| Citi Residential Lending (immediate subsidiary of Citibank, NA, ultimate subsidiary of Citigroup Inc.) |
| Ducat Investment Group, LP (general partner of Ducat Mgmt. LLC) |
| EMC Mortgage Corp. (subsidiary of JPMorgan Chase & Company) |
| Eastern Savings Bank, FSB (no 12.4(a)(1) owner) |
| Fannie Mae Federal National Mortgage  (no 12.4(a)(1) owner) |
| Fidelity National Financial, Inc. (no 12.4(a)(1) owner) |
| First American REO Servicing (subsidiary of First American Financial Corp.) |
| First Preston Management, Inc. (subsidiary of First Preston HT) |
| Franklin Credit Management Corporation (no 12.4(a)(1) owner) |
| GMAC Rescap  (dissolved; assets owned by GMAC Mortgage Group LLC, a subsidiary of Ally Financial) |
| Green River Capital LLC (owned by Clayton Holdings LLC, a subsidiary of Radian Group Inc.) |
| Horizon Management Services, Inc. (no 12.4(a)(1) owner) |
| Federal Home Loan Mortgage Corporation ("Freddie Mac") |
| HSBC Finance Corporation (subsidiary of HSBS Holdings PLC) |

| |
|---|
| Integrated Asset Services, LLC (dissolved) |
| JEM REO Resources, Inc. (no 12.4(a)(1) owner) |
| Keystone Asset Management, Inc. (no 12.4(a)(1) owner) |
| Litton Loan Servicing LP (subsidiary of Ocwen Loan Servicing, LLC) |
| LOGS REO Services (aka LOGS Network; aka the LOGS Group; partially owned by A360 Technology Solutions, formerly Arma Acquisition) |
| Meridian Asset Services (no 12.4(a)(1) owner) |
| Minnesota Housing Finance Agency (no 12.4(a)(1) owner) |
| Mortgage Guaranty Insurance Corp. (aka MGIC; subsidiary of MGIC Investment Corporation) |
| National Default Servicing, LLC (dissolved) |
| Ocwen Federal Bank FSB (consolidated into Ocwen Financial Corporation) |
| Old Republic Servicing Solutions (aka Old Republic Default Management; subsidiary of Old Republic National Title Insurance Group) |
| Option One Real Estate (no 12.4(a)(1) owner) |
| Stewart Valuation Services, LLC (formerly PMH Financial; subsidiary of Stewart Information Services Corp.) |
| Wells Fargo Bank, NA (formerly Wells Fargo Home Mortgage, aka Premier Asset Services; subsidiary of Wells Fargo & Company) |
| Regions Mortgage (aka Regions Bank; subsidiary of Regions Financial Corporation) |
| Rehab Investments, LP (dissolved; general partner of Rehab Operating Company, LLC) |
| REO America, Inc. (no 12.4(a)(1) owner) |
| REO Solutions (aka REO National, Inc.; aka REO National Corp.) |
| REO World, Inc. (dissolved) |

| |
|---|
| SN Servicing Corporation (formerly, Security National Servicing Corp.; subsidiary of Security National Master Holding Co., LLC) |
| Select Portfolio Servicing, Inc. (immediate subsidiary of SPS Holding Corp., ultimate subsidiary of Credit Suisse Group AG) |
| U.S. Bank, NA (subsidiary of U.S. Bancorp) |
| U.S. Real Estate Services, Inc. (no 12.4(a)(1) owner) |
| Vendor Resource Management, Inc.  (no 12.4(a)(1) owner) |

Dated:  08.27.18

Respectfully submitted,

*s/ Molly A. Kelley*

_____
ANDREW K.M. ROSA, Hawai'i Bar No. 6366
KEVIN C. CULUM, Montana Bar No. 3460
MOLLY A. KELLEY, Illinois Bar No. 6303678
MICHAEL N. LOTERSTEIN, Illinois Bar No. 6297060
Trial Attorneys
U.S. Department of Justice
Antitrust Division
Chicago Office
209 S. LaSalle Street, Suite 600
Chicago, IL 60604
312-984-7200